# ISAAC EKBERG v. SWEDISH-AMERICAN PUBLISHING COMPANY and Others.[1]

April 21, 1911.

Nos. 16,844, 16,845—(30, 31).[2]

**Appointment of receiver.**
 The motion for the appointment of a receiver of defendant publishing company was properly denied. [Reporter.]

Action in the district court for Hennepin county against the Swedish-American Publishing Company and another. From an order denying plaintiff's motion for appointment of a receiver, both plaintiff and defendant publishing company appealed. Affirmed.

*H. E. Fryberger*, for plaintiff.

*Lars M. Rand* and *Norton M. Cross*, for defendants.

PER CURIAM.

Plaintiff appealed from an order denying a motion for the appointment of a receiver for the personal property of the Swedish-American Publishing Company, and the company appealed from the same order. This order, in our opinion, should be and it is, affirmed on both appeals.